THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK ROUNDTREE, Appellant. [917 NYS2d 906]—

Contrary to the defendant's contention, the Supreme Court providently exercised its discretion in denying his motion to withdraw his plea of guilty (*see People v Seeber*, 4 NY3d 780, 780-781 [2005]; *People v DeLeon*, 40 AD3d 1008, 1008-1009 [2007]). The defendant entered his plea of guilty knowingly, voluntarily, and intelligently, having reached a favorable plea agreement with the assistance of counsel (*see People v Anthoulis*, 78 AD3d 854 [2010]; *People v Ford*, 44 AD3d 1070 [2007]). In addition, there was no evidence to support the defendant's belated claim that he pleaded guilty under duress as a result of prosecutorial conduct (*see People v Seeber*, 4 NY3d at 780-781).

The defendant's right to subpoena witnesses to appear at a trial was waived as a matter of necessity upon the taking of his plea of guilty (*see People v Gerber*, 182 AD2d 252, 259-260 [1992]) and his claim regarding prosecutorial conduct was forfeited as a consequence of his plea (*id.* at 260).

Review of the defendant's remaining claims raised in his pro se supplemental brief either is precluded by his valid waiver of his right to appeal (*see People v Kemp*, 94 NY2d 831, 833 [1999]), or was forfeited by his plea of guilty (*see People v Taylor*, 65

NY2d 1, 5 [1985]). Mastro, J.P., Skelos, Eng and Sgroi, JJ., concur.